IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| VAUGUEL PIERRE, | § | |
| | § | No. 270, 2021 |
| Claimant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | C.A. No: K20A-11-001 |
| PERDUE FARMS, | § | |
| | § | |
| Employer Below, | § | |
| Appellee. | § | |

Submitted: March 9, 2022
Decided: March 11, 2022

Before **SEITZ**, Chief Justice; **VAUGHN** and **TRAYNOR**, Justices.

## ORDER

This 11th day of March, 2022, after careful consideration of the parties' briefs and the record on appeal, we affirm the Industrial Accident Board's November 2, 2020 Decision on Petition to Determine Compensation Due on the basis of and for the reasons stated in the Superior Court's August 12, 2021 Opinion and Order.[1]

NOW, THEREFORE, IT IS ORDERED that the order of the Industrial Accident Board and the judgment of the Superior Court are AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice

---

[1] *Pierre v. Perdue Farms*, 2021 WL 3559430 (Aug. 12, 2021).